IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PMA CAPITAL INSURANCE CO., et al.,<br>    Petitioners,<br><br>        v.<br><br>PLATINUM UNDERWRITERS<br>BERMUDA, LTD.,<br>    Respondent. | :<br>:<br>:   MISC.<br>:   NO. 09-84<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 15th day of September, 2009, it is **ORDERED** as follows:

1. The Petition to Vacate Arbitration Award is **GRANTED**;

2. The Motion to Confirm Award is **DENIED**;

3. The arbitration award is **VACATED**; and

4. The Clerk of Court shall **CLOSE** this case for statistical purposes.

IT IS SO ORDERED.

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.